**Dismissed and Opinion Filed September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01681-CV

## CONEJOS RIVER OUTFITTERS, LLC, LANCE COCHRAN, AND WILLIAM MCMURREY, Appellants

### V.

## KENT JARNAGIN AND SUSAN JARNAGIN, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07598**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

Appellants have filed a motion to dismiss the appeal, asserting the parties have settled the matter. *See* TEX. R. APP. P. 42.1(a). Attached to the motion is a copy of the settlement agreement. We grant the motion and dismiss the appeal. *Id.*

131681F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CONEJOS RIVER OUTFITTERS, LLC, LANCE COCHRAN, AND WILLIAM MCMURREY, Appellants

No. 05-13-01681-CV          V.

KENT JARNAGIN AND SUSAN JARNAGIN, Appellees

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-07598.
Opinion delivered by Justice Bridges.
Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered September 17, 2014

–2–